1)

8-13-05

# CIVIL RIGHTS COMPLAINT

DISTRICT COURT "ALL CASES TIE INTO EACH OTHER"

| PLAINTIFF | DEFENDANTS |
|---|---|
| MR. JOSEPH REID | 1) ATTY. GENERAL OFFIC 132530 |
| 7 SCOTT PL | 2) POLICE, STATE, FEDERAL, + CITY, |
| EVERETT, MA. 02149 | 3) WELFARE ADMIN. |

**05-11759C**

Referred to MJ JL Alexander

PLAINTIFF CLAIM DATES + MAIN EVENTS
ATTY. GENERAL OFFIC HAS SICKED POLICE ON ME AND MY FAMILY. WE WAS TOLD SO WHEN WE WENT TO THEM FOR HELP. POLICE EVERETT, LYNN, FRAMINGHAM SETTING US UP WITH FALSE 911 CALLS AS FAVORS FOR D.S.S. AND CHILD SUPPORT. SLANDERING OUR NAMES TO LAND-LORDS AND OTHERS LIVING AROUND US.
ALSO WE HAVE BEEN UNABLE TO GET ANY LAWYERS HELP OR EVEN INFORMATION ON OUR RIGHTS OR VIOLATION OF OUR RIGHTS TO DEFEND OURSELFS. BECAUSE OF ALL THESE AGENCY ATTACKING US FINANCIALLY AND ECONOMICLY. "Jobs"
JULIANE M. DOW HAS DONE A FAVOR FOR D.S.S. AND THE DEPT OF EDUCATION MALDEN, MA., PARKING TICKETS
SUEING FOR MENTAL CRUELTY AND STRESS

PLEASE STOP RETALIATION.
WE ARE ASKING FOR A WAVIER AT THIS TIME. FROM THIS

MR. Joseph Reid

*[left margin: PLEASE FORGIVE THE SPELLING ON ALL OF OUR COMPLAINTS WE ELEGHOLY AND CLAIM THE FIFTH FOR OUR PROTECTION FROM ALL + ANY WHO WOULD QUESTION FIFTHY, INC. 7711) STATE AND U.S.A.]*

# CIVIL RIGHTS COMPLAINT

DISTRICT COURT

| PLAINTIFF | DEFENDANT |
|---|---|
| MR. JOSEPH REID | CHILD SUPPORT I.R.S. = FEDS |
| 7 SCOTT PL | D.OR = STATE = SLANDERING |
| EVERETT, MA 02149 | WELFARE ADMIN. |

PERSONAL VINDETERS, SLANDERING OUR NAMES, FORCE SET UPS.
PLAINTIFF CLAIM DATES + MAIN EVENTS
CHILD SUPPORT ALONG WITH D.OR., IRS. ARE ATTACKING
US FINANCIALLY. SURCHARGES = INS. CO. EXIDE TAXES, BILLS.
ELECTRIC, GAS, PHONE ANY + ALL ARE BEING DUBBLED.
AND ATTACKING MY JOBS AT THE SAME I HAVE LOST
FIVE OF THEM IN 3 YEARS FOR LITTLE OR NO REASON.
I AM UNABLE TO GET AN INTERVIEW ON THE LAST 3 AND
WAS TERMINATED FROM PAUL REVERE FOR A POLICE
CASE WERE I WAS SET UP AND GOT BEAT UP BY
EVERETT POLICE. WERE THEY REVERSE THE CHARGES
AND ARE TRYING TO PUT ME IN JAIL. ALL A SET UP TO
FORCE ME AND MY FAMILY BACK ON WELFARE TO BE SET
UP FOR FRAUD AND PUT ON SCANTIONS/SAINTIONS. CONS.
SUEING FOR MENTAL CRUELTY AND STRESS

PLEASE STOP RETALIATION. IT KEEPS HAPPENING
WE ARE ASKING FOR A WAIVER AT THIS TIME.
FROM THIS

MR. Joseph Reid

## CIVIL RIGHTS COMPLAINT
DISTRICT COURT

| PLAINTIFF | DEFENDANT |
|---|---|
| MR. JOSEPH REID | EVERETT POLICE |
| 7 SCOTT PL | |
| EVERETT, MA 02149 | |

PLAINTIFF CLAIM DATES + MAIN EVENTS
FEDs INTERCEPTING OUR mail.
EVERETT POLICE HAS KICK IN OUR DOOR ON 19 STEVENSON AVE BECAUSE OF SOME Fonny 911 CALL. CAME AGAIN ON 7-19-05 Fonny 911 CALL WHERE WE taped them BECAUSE THEY ARE DETERMIN TO DO A FAVOR. "SET US UP" FOR D-SS + CHILD SUPPORT ECT, ALSO WE WERE TOLD THAT WAS NO INTERNAL AFFAIRS IN EVERETT POLICE STA. BY EVERETT POLICE. AND WE KEEP ON EXPERIENCING RETALIATION AND NEGATIVERTY FROM THEM.
ALSO EVERETT POLICE AND D.A. HAVE BEEN HARRASSING TERRY AND HIS FATHER WHO TOLD MY WIFE HE WANTED TO DROP SUEING FOR MENTAL CRUELTY AND STRESS THE CHARGES.

PLEASE STOP RETALIATION.
WE ARE ASKING FOR A WAVIER AT THIS TIME.
FROM THIS

MR. Joseph Reid

8-13-05

# CIVIL RIGHTS COMPLAINT

DISTRICT COURT

| PLAINTIFF | DEFENDANT |
|---|---|
| MR. JOSEPH REID<br>7 SCOTT PL<br>EVERETT, MA 02149 | D.S.S. BEVERLY E. RHODDA |

PLAINTIFF CLAIM DATES + MAIN EVENTS
BEVERLY E RHODDA PUT IN A ILLEGAL PETITION ON JUNE 13, 1990 WITHOUT US KNOWING. AND WE HAVE BEEN UNABLE to GET A LAWYER.
ALSO CAMB. DISTICT + PROBATE COURT ~~FALSEFIED~~ FABROCATED INFORMATION. CONCERNING CARE AND PROTECTION CASE. MY RIGHTS AS THE FATHER WAS VIOLATED. AS A RESULT WE ARE STILL BEING HAROSS, SET UP, AND NOW IT HAS TURN INTO BEAT up BY EVERETT POLICE, BEING STOPPED FROM FINICIALLY BETTERING OURSELF BECAUSE I AM BEING STOPPED FROM WORKING. AND MY CIVIL RIGHTS HAVE BEEN VIOLATED CONCERNING MY JOBS AND OUR FINACES. SUEING FOR MENTAL CRUELTY AND STRESS

PLEASE STOP RETALIATION.
WE ARE ASKING FOR A WAVIER AT THIS TIME. FROM THIS

MR. Joseph Reid

## CIVIL RIGHTS COMPLAINT
### DISTRICT COURT

| PLAINTIFF | DEFENDANT |
|---|---|
| MR. JOSEPH REID<br>7 SCOTT PL.<br>EVERETT, MA. 02149 | MCAD |

PLAINTIFF CLAIM   DATES + MAIN EVENTS
MCAD. NEVER HELPED ME get BACK ANY
OF MY JOBS. AND I SHOULD HAVE got MOST
OF THEM BACK. MY CHILDREN ARE TROMATIZED
SEEING AND KNOWING THIER FATHER HAS GOT BEAT UP
BY POLICE AND WE ARE STRUGGLING FINNCIALLY,
BECAUSE OF SYSTEM = GOVERNMENT. MY WIFES
HEALTH IS FEELING HEART PAINS SMALL HEART ATTACKS.
BECAUSE OF CONSTNT STRESS, SUFFERING TROMA ATTACKS,
SET UPS, UNFAIR + UNEQUAL TREATMENT BLACK BALLING,
FRAUD IN THE FACTOR. NO REAL HELP JUST SET UPS FROM
DOCTORS, LAWYERS, COURTS, HOUSING LANDLORDS ECT,
WELFARE, MCAD. POLICE JUDGES D.A'S IRS, DOR, REG, CHILD SUPPORT
SUEING FOR MENTAL CRUELTY AND STRESS AND ON ECT.

PLEASE STOP RETALIATION.
WE ARE ASKING FOR A WAIVER AT THIS TIME.
FROM THIS

MR. Joseph Reid

8-13-05

## CIVIL RIGHTS COMPLAINT

DISTRICT COURT

| PLAINTIFF | DEFENDANT |
|---|---|
| MR. JOSEPH REID | (1) PAUL REVERE BUS CO. |
| 7 SCOTT PL. | (2) AIR SERVE BUS CO. |
| EVERETT, MA 02149 | (1) DERICK SMALLS + EDWIN SMITH |
| | (2) FRANK + PAT CARGILL |
| | (3) CRIMINAL SYSTEM COMMONWEALTH |

PLAINTIFF CLAIM DATES + MAIN EVENTS

(1) I Joseph REID was terminated from PAUL REVERE 5-27-05 because of cory check. Case has been going on since 4-5-04. No speedy trial. Set up? Everett Police court date 9-7-05 plus other important info. "victums". Also was denied my right to put in my case against Everett Police, at Malden District Court.

(2) Concerning Air Serve + COBMSA, I was set up to be fired and not hired as other drivers to drive for Air Serv Bus Co. who got the new contract to transport the Delta Employees.

= TIME LOST, MONEY LOST, ECT.

SUEING FOR = MENTAL CRUELTY AND STRESS

PLEASE STOP RETALIATION.
WE ARE ASKING FOR A WAIVER AT THIS TIME.
FROM THIS

MR. Joseph Reid

(7)

# CIVIL RIGHTS COMPLAINT

DISTRICT COURT

| PLAINTIFF | DEFENDANT |
|---|---|
| MR. JOSEPH REID<br>7 SCOTT PL<br>EVERETT, MA. 02149 | D.S.S.<br>BEVERLY RHODDA<br>D.A.<br>ATTY. GENERAL OFFICE<br>ONE ASH BURTON PL. BOS. MA. |

PLAINTIFF CLAIM   DATES + MAIN EVENTS

Judge Jackson, Thompson and Judge Menton at Camb. Court. Left open a care and protection case years 89, 90, 91. That we believe has cause me to loose 8 jobs in the last 7 years. We are being tracked everywhere we move law inforcement, Police, DAs Commonwealth are froce seting us up financially attacking us and harassing my hold family. Slandering our names, forcing us on welfare or SSI ect. to be attached by the government ect. "cons" This big conspricy has lead to me being set up and assulted = beat up by Everett Police. Sueing for mental cruelty and stress 4-5-04

Please stop retaliation. coercing + fraud in the factor
we are asking for a wavier at this time.
from this

MR. Joseph Reid

(8)

# CIVIL RIGHTS COMPLAINT
## DISTRICT COURT

| PLAINTIFF | DEFENDANT |
|---|---|
| MR. JOSEPH REID | ATTY. GENERAL OFFIC |
| 7 SCOTT PL | MR. COEN |
| EVERETT, MA 02149 | MR. FLESHER |
| | ☒ LADY THAT SICKED THE POLICE ON US. |

PLAINTIFF CLAIM DATES + MAIN EVENTS

ATTY. GENERAL OFFIC IS HIDING AND HAS NOT SERVE US WITH PAPERS CONCERNING ANY AND ALL OPEN CASES. = CARE AND PROTECTION, AUTOS, ECT, AND HAS NOT GIVEN US A LAWYER AND STOPPING US FROM GETTING A LAWYER, ALSO WE WERE TOLD BY THE ATTY. GENERALS OFFIC WE COULD NOT SPEAK TO THE ATTY. GENERAL AND IN FACT WE WAS THREATEN AND TOLD THAT THEY HELP THE GOVERNMENT AND PRIVET BISNESSES THAT WE WERE TRYING TO COMPLAIN ON. THEY HELP THEM. "GOV + BIS" NOT US. AND WE HAVE BEEN ATTACKED SINCE JOBS, MONEY, FINNCIALLY, ECT.

SUEING FOR MENTAL CRUELTY AND STRESS

PLEASE STOP RETALIATION AND COERCING
WE ARE ASKING FOR A WAVIER AT THIS TIME
FROM THIS

MR. Joseph Reid

(left margin, sideways): ALLEGES AND FACTS ARE THROUGH OUT THESE COMPLAINTS 1-8-05 PLEADING THE FIFTH AND ALL OTHER RIGHTS AND PROTECTION 9-1-05 FOR ME AND MY FAMILY BECAUSE WE ARE NOT BEEN GIVEN A LAWYER.

9)

## CIVIL RIGHTS COMPLAINT
DISTRICT COURT

| PLAINTIFF | DEFENDANT |
|---|---|
| MR. JOSEPH REID | WELFARE ADM.   PPR |
| 7 SCOTT PL | CHILD SUPPORT, I.R.S. D.O.R. |
| EVERETT, MA. 02149 | FRAMINGHAM HOUSING |
|  | PELHAM APTS. |
|  | LAW INFORCEMENT |
|  | D.S.S. |
|  | FRAMINGHAM DISTRICT COURT |

PLAINTIFF CLAIM   DATES + MAIN EVENTS

1999, 2001, 2002 — CHILD SUPPORT INFORCEMENT AND FRAMINGHAM HOUSING "CONS" ALONG WITH NATICK, FRAMINGHAM ASHLAND AND STATE POLICE "D.S.S." FORCE SET US UP TELLING ME JOSEPH REID I COULD NOT PUT ALL FOUR OF MY DAUGHTERS AND MY WIFE ON MY LEASE WHEN LIVING AT PELHAM APTS. WHEN I CONSISTLY TOLD THEM THAT WE WERE ALL ONE FAMILY TRYING TO LIVE TOGETHER. BUT FRAMINGHAM KEPT THEATING ME THEY WERE GOING TO TAKE MY SUBSERDIZE HOUSING. ON 4 DIFFERENT OCASIONS. AND ECT. ON GOING

ALSO PELHAM + JANITORS BROKE INTO OUR APT. AND STOLD SAFE $5000.00 + STUFF FRAM. POLICE COVERD IT UP.

SUEING FOR MENTAL CRUELTY AND STRESS

PLEASE STOP RETALIATION.
WE ARE ASKING FOR A WAVIER AT THIS TIME.
FROM THIS

MR. Joseph Reid

# CIVIL RIGHTS COMPLAINT

DISTRICT COURT

| PLAINTIFF | DEFENDANT |
|---|---|
| MR. JOSEPH REID<br>7 SCOTT PL<br>EVERETT, MA 02149 | D.S.S. BEVERLY RHODDA<br>COMMONWEALTH + COURTS OF MASS. |

PLAINTIFF CLAIM DATES + MAIN EVENTS

I Joseph REID IS SUEING D.S.S. AND BEVERLY RHODDA FOR HARDSHIPS MENTAL STRESS AND CRULTY FOR THE LAST 15 YEARS. I AM ALSO SUEING FOR ATEMPED KIDNAPPING. FOR BAD AND DISRESPECTFUL JUDGEMENTS CONCERNING ALL THAT WERE INVOLVED CARELESSLY ECT. WITH MY FAMILY'S PAIN, SUFFERING, LOST, AND DAMAGE. THOUGHT OUT ALL THE YEARS. OF THIS DREDFUL NIGHTMERE. THIS UNAMERICAN MATROSITY. WERE ONE AND SO MANY ARE BLINDED BY "SATAN" AND MISUSEING THEIR ATHORITY AND OR POWER TO BRING HARM TO ME AND MY ~~Famly~~ FAMILY AND OTHERS. I PRAY FOR YOU ALL. "AMEN."
SUEING FOR MENTAL CRUELTY AND STRESS

PLEASE STOP RETALIATION.
WE ARE ASKING FOR A WAVIER AT THIS TIME.
FROM THIS

MR. Joseph Reid

*[left margin, sideways:] 7 YEARS OLD DAUGHTERS TEETH. MY RIGHTS AS THE FATHER HAS BEEN VIOLATED. I AM SUEING FOR $10,000,000.00 MY DAUGHTERS ARE THEORMERTIZE AS A RESULT OF POLICE A + B AND DUMBFOUNDERIST FINENCIAL ATTACKS*

# CIVIL RIGHTS COMPLAINT

DISTRICT COURT

| PLAINTIFF | DEFENDANT |
|---|---|
| MR. JOSEPH REID | CHILD SURPORT |
| 7 SCOTT PL | FEDERAL GOV, I.R.S. D.O.R |
| EVERETT, MA. 02149 | WELFARE + WELFARE BDM. |
| | EVERETT POLICE |
| | JOHN FORCELLATTI = INVEST |
| | 600 WASHINGTON ST. BOS. |
| | HOLDERS OF OUR RECORDS |

PLAINTIFF CLAIM DATES + MAIN EVENTS
ALL BEHIND A SET UP CONCERNING CHILD SURPORT AND WELFARE BDM 600 WASHINGTON ST. AND WIFES MOTHER PUTTING OUR CHILDREN ON WELFARE WITHOUT OUR CONSENT OR KNOWING. NOW MOST GOVERNMENT AGENCIES ARE ATTACKING US FINICIALLY. BUT EVEN MORE IMPORTANTLY THEY ARE ATTACKING MY JOBS, SLANDERING MY NAME AND FAMILY. DAUGHTERS AND SONS. ATTACKING HOUSING OUR HOUSING SUBSIDY, ALL OF OUR BILLS. AND HAVE POLICE, D.S.S. STATE AND FEDS. COMING TO OUR HOUSE WITH PHONY 911 CALLS, TO FIX WIRES, TO SO CALL INSPECT. WHICH HAS LEAD TO ME BEING ASSAULTED BY POLICE.
SUEING FOR MENTAL CRUELTY AND STRESS
VIOLATION OF FREEDOM ACT AND AMENDMENTS
PLEASE STOP RETALIATION.
WE ARE ASKING FOR A WAIVER AT THIS TIME. FROM THIS

MR. Joseph Reid

(sideways left margin: SUEING FOR 10,000,000.00 FOR 16 YEARS OF FORCE SET UPS. 90,000,000.00)



Quality Bus Service at a Minute's Notice

May 27, 2005

Via U.S. Mail & Certified

Mr. Joseph Reid
7 Scott Place
Everett, Ma. 02149

Dear Mr. Reid,

You were hired by Paul Revere Transportation on May 23, 2005 pending the result of a background check. After reviewing the background check we found that you do not meet Paul Revere Transportation employment qualifications. Whereas you are currently in your probationary period, your employment with Paul Revere Transportation is terminated, effective May 27, 2005.

Paul Revere Transportation wishes you the best of luck in your future endeavors.

Sincerely,

Patricia A. Cargill
Director of Safety & Training

Cc: file

100 EASTERN AVENUE  •  CHELSEA, MA  02150  •  TEL 617 889-5899  •  FAX 617 889-9321

*handwritten:* Telephone payment

**SECURITY BANK**

nt Confirmation

Page 1 of 1

Payment Identification #: 1308760

** PLEASE RETAIN THIS DOCUMENT FOR YOUR RECORDS **

Customer: DEBRA REID
7 SCOTT PL
EVERETT, MA 02149
Phone: (617)387-4802
E-Mail:
Personal ID: 4802

Provider: Verizon
Payment Location: Advanced Services America
717 Broadway
Everett, MA 02149

| Bill ID | Account Number | Due Date | Current Status | Date/Time | Amount |
|---|---|---|---|---|---|
| 163434 | ******026430016 | 7/16/2005 | Pending | 7/1/2005 4:08:05 PM | $204.39 |

Transaction Fee: (tax incl.) $2.00

Total Due: $206.39

### Attention Customer:

If you have paid a bill, Security Bank, Ralls, Texas will promptly deliver your payment to the biller or provider.

Your payment will be processed electronically if the biller or provider accepts electronic payments. Electronic payments will be received by the Biller in 1 to 2 business days. Billers that do not accept electronic submission of payments will be mailed a money order via US Mail and therefore your payment will be delivered to the biller within 3 to 5 business days.

If you have loaded cash onto your pre-paid debit card, your payment will be processed immediately.

Once the biller has received the payment, they are responsible for crediting the payment to your account. The timing of the credit to your account will be at the biller's discretion. To inquire about the status of a specific payment, please contact the biller at the number listed on your bill.

### PRIVACY POLICY

Bank will only disclose to the respective biller(s) or provider(s) the information that was provided during enrollment into the service, for use by the service, and is required information for proper payment to the biller(s) or provider(s) which you desire to pay. We will not use your personal information for any purpose other than as stated directly in our Privacy Policy.

### REFUNDS

The only time a payment will be refunded is when the biller or provider will not accept the payment we forwarded on your behalf. The agent that accepted your payment cannot provide a refund. You should contact the Bill Payment Service Center at Toll Free) 1-866-367-2797 if you have questions.

### LIABILITY

ATION OF LIABILITY - IN NO EVENT SHALL COMPANY BE LIABLE FOR DAMAGES, PENALTIES, LATE FEES, CHARGES, SMENTS OR DISRUPTIONS IN SERVICES IMPOSED AS RESULT OF DELAY, NONDELIVERY, NONPAYMENT, OR AYMENT OF THIS TRANSACTION. IN NO EVENT WILL COMPANY BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL EQUENTIAL DAMAGES. THESE CONDITIONS CANNOT BE CHANGED OR SUPPLEMENTED ORALLY.

Terms and Conditions are available from Merchant/Agent upon request. Your use of this service your agreement to the Terms and Conditions.

inquiries or comments, please write to: Bill Payment Service Center, 2331 Gravel Dr., Fort Worth, Texas 76118 stions regarding this bill payment, please call: (Toll-Free) 1-866-367-2797 and choose the customer servic mpt. You may also contact us by e-mail at: support@payallbillshere.com

TOMER: THIS BILL PAYMENT IS BEING MADE THROUGH A THIRD-PARTY BILL PAYMEN



**We never stop working for you.**

Bill Date: **Jul 14, 2005**
Telephone: 617-387-4802
Account: 617 387 4802 643 001 6

Pag

DEBRA REID

### Account Summary

| | |
|---|---|
| Previous Charges | $204.39 |
| Payment Received Jul 5. Thank You. | -204.89 |
| Past Due Charges | $.00 |
| **New Charges** | |
| Verizon (page 3) | $68.19 |
| Total New Charges due Aug 15 | $68.19 |
| Total Due (Past Due + New) | $68.19* |

*This bill reflects changes you made
to your service. See page 3 for details.



**Convenience! Access Your Verizon
Account Online--Day or Night!**

*Enjoy the benefits of managing your
Verizon account online: view and pay
your bill, order services, request
repair, and more. Visit us today at
verizon.com/selfservice to register.*



**Learn at Your Own Pace for $99/Year**

*For only $99, you can enroll in up to 30
Verizon Online Courses from Standard
categories over a single year. Learn
more by calling 1-800-605-7670 or visit
us at verizon.com/onlinecourses*



**Change Lives - Check Into Literacy!**

*Through the Check Into Literacy program,
you can support literacy programs in
your area by giving a one-dollar
monthly donation to Verizon Reads, a
national public charity. It is easy to
make a monthly donation via your phone
bill. Visit verizonreads.net for
information.*

Questions about your bill? Call 1-800-870-9999.
See page 2 for all other Verizon contact information

**Change of address?**
Go to verizon.com/billingaddress or see page 2

▼ Detach & return payment slip with your check, payable to Verizon

Account:  617 387 4802 643 001 6

New Charges Due:  Aug 15, 2005

Total Due:  $68.19

Amount Paid:   $ ____

☐ *Yes! I want to be a Literacy Champion
Sign me up for a $1 monthly donation
to Verizon Reads.*

DEBRA REID                                05
7 SCOTT PL
EVERETT MA    02149-3220

VERIZON
PO BOX 1
WORCESTER MA 01654-0001



0200617387480264300111 09    052220000000000000000000681903



Bill Date: **Aug 14, 2005**
Telephone: 617-387-3176
Account: 617 387 3176 643 001 8

Page 1 o

*We never stop working for you.*

DEBRA REID

## Account Summary

| | |
|---|---|
| **Previous Charges** | $68.19 |
| Payment Received | .00 |
| **Past Due Charges** | $68.19 |
| **New Charges** | |
| Verizon (page 3) | $67.94 |
| **Total New Charges due Sep 16** | $67.94 |
| **Total Due** (Past Due + New) | $136.13* |

*This bill reflects changes you made to your service. See page 3 for details.

**$68.19 will be delinquent if not paid by 8/26.**

Questions about your bill? Call **1-800-870-9999**.
See page 2 for all other Verizon contact information.

**Change of address?**
Go to verizon.com/billingaddress or see page 2.



**Convenience! Access Your Verizon Account Online-Day or Night!**

Enjoy the benefits of managing your Verizon account online: view and pay your bill, order services, request repair, and more. Visit us today at verizon.com/selfservice to register.



**Moving? Take Your Verizon Phone and DSL Service With You**

Moving is stressful enough. The last thing you should have to worry about is reconnecting your phone and Internet service at your new place. Let us do it for you. It's so easy. Visit verizon.com/easymoving or call your local business office.



**Learn at Your Own Pace for $99 a Year**

For only $99, you can enroll in up to 30 Verizon Online Courses from standard categories over a single year. Learn more at: verizon.com/onlinecourses

▼ Detach & return payment slip with your check, payable to Verizon

Account: 617 387 3176 643 001 8

New Charges Due: **Sep 16, 2005**

Total Due: **$136.13**

Amount Paid:

$ ☐☐☐.☐☐



☐  Yes! I want to be a Literacy Champion.
Sign me up for a $1 monthly donation to Verizon Reads.

DEBRA REID                              05
7 SCOTT PL
EVERETT MA    02149-3220



VERIZON
PO BOX 1
WORCESTER MA 01654-0001

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** MR. + MRS. JOSEPH REID + FAMILY

**DEFENDANTS** ATTY GEN. OFFIC, D.S.S., I.R.S. D.O.R CHILD SUPPORT, FEDERAL GOV, COMMON WEALTH OF MASS, LAW INFORCEMENT WELFARE DPM., ECT, FED. + STATE POLICE EVERETT POLICE

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

05-11759 C

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☑ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☑ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☑ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: FINACIAL HARDSHIP, RACEISUM, + ATTACKS.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ AFAIR AMOUNT $$
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE JACKSON-THOMPSON MENTON
DOCKET NUMBER SUPERIOR OR COMB DIS COURT

DATE JOSEPH REID PRO SE
SIGNATURE OF ATTORNEY OF RECORD FOR NOW

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

MR JOSEPH REID

IN NEED OF A ATTORNEY OR LEGAL HELP.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _MR. + MRS. REID + FAMILY VS. ATTY. GEN. OFFICE D.S.S. CHILD SUPPORT IRS. DOR. STATE + FEDERAL GOV. D.S.S. WELFARE ADM. INASTRATION 600 WASHINGTON ST_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   _2_   I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ___   II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   ___   III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ___   IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.        **05-11759 GAO**

   ___   V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court. _M.B.T.A. 1987_

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☑   NO ☐

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?   _FEDS_
   YES ☑   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☐  ?

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☑   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☑   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions) _? CAMB. SUPERIOR COURT_
   YES ☐   NO ☐   _"FOR NOW"_

(PLEASE TYPE OR PRINT) ?
ATTORNEY'S NAME _JOSEPH REID PRO SE_
ADDRESS _7 SCOTT PL. EVERETT, MA. 02149_
TELEPHONE NO. _617-387-3176 - 617-445-5540 BROTHER #_

(CategoryForm.wpd -5/2/05)

_WE ARE ASKING FOR LEGAL HELP = A LAWYER WHICH WE HAVE NOT BEEN ABLE TO GET._