DATE 3-7-06

I Joseph REID would LIKE A COPY OF MY CASE 05-11759 AND WHERE IT IS AT, AT THIS TIME.       GAO

"JUSTICE DELAID IS JUSTICE DENIED."

I HAVE BEEN WAITING SOME OF THE JOBS I HAVE LOST FOR NO REASON. I HAVE STILL NOT GOT.

Paul REVERE (1) AIRSERVE (2) AT MALDEN DISTRICT COURT AND PARTNERS TRANSPORTATION. AS A RESULT MY BILLS ARE NOT PAID AND I AM UNABLE TO TAKE CARE OF MY FAMILY. FINANCIALLY RELATED.

I AM putting IN MORE ON MY COMPLAINT CONCERNING MY JOBS. PLEASE RESPOND AS QUICKLY AS POSSILBLE.

MR. Joseph REID



FILED IN CLERKS OFFICE
2006 MAR -8  P 12:50
U.S. DISTRICT COURT
DISTRICT OF MASS.