Case # 05-11759 GAO.

①

3-8-06

# CIVIL RIGHTS COMPLAINT

DISTRICT COURT

| PLAINTIFF | DEFENDANT |
|---|---|
| MR. JOSEPH REID | PAUL REVERE TRANSPORTATION |
| 7 SCOTT PL | 100 EASTERN AVE |
| EVERETT, MA 02149 | CHILSEA MA |

FILED IN CLERKS OFFICE
2006 MAR -8 P 12:5
U.S. DISTRICT COURT
DISTRICT OF MASS

PLAINTIFF CLAIM DATES + MAIN EVENTS
I WAS HIRED AT PAUL REVERE AS A BUS DRIVER ON 5-23-05 PENDING THE RESULTS OF A BACK ROUND CHECK. AT THAT TIME I HAD A OPEN CASE CONCERNING EVERETT POLICE AND A CORY THAT SHOULD OF BEEN SEALED. BUT NOW MY CORY HAS BEEN SEALED. AND THE OPEN CASE HAS BEEN DISMISSED. AND I HAVE STILL NOT BEEN HIRED AT PAUL REVERE. I WOULD LIKE MY JOB AND ALL I HAVE LOST AS A RESULT OF NOT BEING ABLE TO WORK. JOSEPH REID    3-8-06

SUEING FOR MENTAL CRUELTY AND STRESS

PLEASE STOP RETALIATION.
WE ARE ASKING FOR A WAVIER AT THIS TIME.
FROM THIS

MR. Joseph Reid

*I am unable to contact my court appointed lawyer.*

*The victim of setup and police brutality. In trying to see that my rights are not being are being violated and state my case against such treatment my family and I have become the targets of constant acts of harassment and retaliation by the very people who should be safeguarding those inalienable rights as land out in the highest law of the land, The constitution of the united states of American.*

*This harassment is making it difficult, and impossible, to hold jobs, fine work, feed, house and clothed my family, which is of course, THE AMERICAN DREAM.*

*I ask that this pattern of vindictive behavior cease, any problems I had in the past are just that in the past.*

*I am now and continue to be a law-abiding citizen and wish to be allowed to live and work as such, without intrusion from authorities unless such intrusions are, in fact, warranted. Basically I want to live my life and my family's life in peace.*

MR J. REID + FAMILY

*[Handwritten:] CASE # 05-11759*
*[Handwritten:] DOCKET # 0356 CR 2867*

**Paul Revere Transportation LLC**

Quality Bus Service at a Minute's Notice

May 27, 2005

Via U.S. Mail & Certified

Mr. Joseph Reid
7 Scott Place
Everett, Ma. 02149

Dear Mr. Reid,

You were hired by Paul Revere Transportation on May 23, 2005 pending the result of a background check. After reviewing the background check we found that you do not meet Paul Revere Transportation employment qualifications. Whereas you are currently in your probationary period, your employment with Paul Revere Transportation is terminated, effective May 27, 2005.

Paul Revere Transportation wishes you the best of luck in your future endeavors.

*[Handwritten:] I WAS TOLD PENDING A OPEN CASE. NOT CRIMINAL RECORD.*

Sincerely,

*[Signature]*
Patricia A. Cargill
Director of Safety & Training

Cc: file

---

100 EASTERN AVENUE • CHELSEA, MA 02150 • TEL 617 889-5899 • FAX 617 889-9321

## CIVIL RIGHTS COMPLAINT
DISTRICT COURT

| PLAINTIFF | DEFENDANT |
|---|---|
| MR. JOSEPH REID | ATTY. GENERAL OFFIC |
| 7 SCOTT PL | MR COEN |
| EVERETT, MA 02149 | MR. FLESHER |

[1] LADY THAT SICKED THE POLICE ON US.

PLAINTIFF CLAIM DATES + MAIN EVENTS

ATTY. GENERAL OFFIC IS HIDING AND HAS NOT SERVE US WITH PAPERS CONCERNING ANY AND ALL OPEN CASES. = CARE AND PROTECTION. AUTOS, ECT. AND HAS NOT GIVEN US A LAWYER AND STOPPING US FROM GETTING A LAWYER. ALSO WE WERE TOLD BY THE ATTY. GENERALS OFFIC WE COULD NOT SPEAK TO THE ATTY. GENERAL AND IN FACT WE WAS THEATEN AND TOLD THAT THEY HELP THE GOVERNMENT AND PRIVET BISNESSES THAT WE WERE TRYING TO COMPLAIN ON. THEY HELP THEM. "GOV + BIS" NOT US. AND WE HAVE BEEN ATTACKED SINCE JOBS, MONEY, FINACIALLY, ECT.
SUEING FOR MENTAL CRUELTY AND STRESS

PLEASE STOP RETALIATION AND COERCING
WE ARE ASKING FOR A WAVIER AT THIS TIME.
FROM THIS

MR. Joseph Reid

[margin note left side:] ALLEGES AND FACTS ARE THROUGH OUT THESE COMPLAINTS 4-8-05 PLEADING THE FIFTH AND ALL OTHER RIGHTS AND PROTECTION. 9-1-05 FOR ME AND MY FAMILY BECAUSE WE ARE NOT BEEN GIVEN A LAWYER

(A3)

## U.S. DISTRICT COURT

THE COMMONWEALTH OF MASS SEEMS THE BEST WAY EXPLAIN IT. WHERE THERE IS SO MANY ORGANISASIONS, BISNESSES AND AGENCIES INVOLVED. THE JULDIS SYSTEM IS TRYING TO MAKE A CRIMINAL OUT OF ME. CAMB DISTRICT COURT IS LYING CONCERNING HARVARD COOP. SAYING THAT TWO SERCURITY GUARDS WERE CORRECTION OFFICERS, TO GIVE ME A 15 YEAR FELLONY. WHEN IT WAS A MISTERMINA. I WAS SET UP WITH PROSITUT-ION CASE IN LYNN. WHEN I WAS DOING NOTHING BUT WALKING DOWN THE STREET. A SET UP CASE THAT HAPPEN IN WELLSLEY THAT ENDED UP IN DEDHAM DISTRICT COURT BECAUSE THE D.A. COULD NOT PUT THE CHARGES ON ME IN QUINCY DISTRICT COURT. I AM STILL PAYING FOR A SURCHARGE FROM LYNN DISTRICT COURT CONCERNING AN INSPECTION STICKER ON MY INSURENCE TO THIS DAY 10-12-05. ME AND MY DAUGHTER BOTH ARE PAYING THIS SURCHARGE ON OUR INSURENCES.

MR. OR ATTORNEY DAN FALLON CALLED ON 10-11-05 CONCERNING MY COMPLAINT AGAINST ATTY. WALTER JAIME. AND AT THAT TIME I TOLD HIM. I WAS NOT PROSUEING THE COMPLAINT. BECAUSE WALTER JAIME DID IN FACT HELP ME WIN MY CRIMINAL CASE. I JOSEPH THANK HIM VERY MUCH. I WAS FOUND NOT GILTY ON 3 ACCOUNTS. AND THE FOUTH WAS DISMISSED. OR DROP.

JOSEPH R.

ON 10/18/05 JUDGE LEE G. JOHNSON AT MALDEN DISTRICT COURT SAID HE WOULD GIVE MY PETITION TO SEAL COURT RECORDS. CRIMINAL CASE # 0454CR00959 [DEDHAM CASE] CONCIDERATION TO SEAL. MALDEN CASE # 0450CR0984-AB-C-D

U.S. DISTRICT COURT
FEDERAL COURT.

I Joseph REID HAVE BEEN TRYING TO SEAL MY RECORDS FOR THE LAST 15 YEARS. Today on 10-11-05. I got A CALL FROM THE COMMISSIONER OF PROBATION TELLING ME I COULD NOT SEAL MY RESENT CRIMINAL CASE IN WHICH I WAS FOUND NOT GILTY. I AM UNABLE TO WORK AT PAUL REVERE BUS CO. BECAUSE OF THIS CASE ON MY RECORDS.

HOW CAN I GET A JOB AND WORK WHEN THE SYSTEM IS MAKING IT SO HARD TO WORK AND OR KEEP A JOB? WHY PUT A NOT GILTY OR DISMISSED CASES ON YOUR CRIMINAL OR PERSONAL RECORDS FOR WHO EVER TO SEE AND MAKE JUDGEMENTS. WHAT IS FAIR AND EQUAL? AND WHAT IS A VIOLATION OF RIGHTS?

WITHOUT A JOB YOU CAN NOT PAY YOUR BILLS BUY YOUR FOOD, MEDICINES, EVERYDAY NESESITIES. DRIVE YOUR CAR PAY INSURENCE ECT. YOU ARE LOOK DOWN UPON BY MANY AND SOME WOULD SAY YOU ARE NOT A MAN. DO I HAVE THE RIGHT TO WORK IN THIS COUNTRY?

(margin: VIOLATION OF FREEDOM ACTS)

JOE REID

CASE # 05-11759

(A4)

OUR PHONE IS BEING TAP "HORIZON"
OUR PHONE BILL, ELECTRIC BILL,
GAS BILL, INSURENCE ECT ARE ALL
BEING DUBBLE.
WE WERE GETTING PARKING TICKETS
FOR NO REASON
OUR DOOR WAS KICKED IN BECAUSE
OF SOME PHONY 911 CALL.
AND POLICE AND COMMONWEALTH
KEEP MAKING AND HAVE MADE MANY
911 CALLS TO SET US UP. TO COME TO
OUR HOUSE "LIE ING"

WE DO NOT BELIEVE ATTORNEY GENERAL
OFFICE IS GOING TO HELP US. IN FACT
ATTY. GENERAL OFFICE TOLD US THEY
WERE NOT GOING TO HELP, BUT THEY
HELP THE ORGANISATION AND BISNESSES.
WE WERE COMPLAINING ABOUT.

JUSTICE CAN ONLY BE SERVERED BY
EACH ORGANISATION SINGLE ONE AT
A TIME.   TO JUDGE O TOLL AND
U.S. DISTRICT COURT.

JOSEPH REID

(Ag)

COMMONWEALTH OF MASS

I HAVE BEEN UNABLE TO HOLD ON TO A JOB FOR A HOST OF REASONS AND INCERDENTS IN WHICH I HAVE NO CONTROL. I WAS NOT HIRED AT BINSERU A TRANSPORTATION CO. THAT TOOK OVER THE CONTRACT THAT WAS LOST BY COGNISA AT TRANSPORTATION CO. I LAST WORKED FOR. OTHER DRIVERS WERE HIRE BUT I WAS NOT. MY APPL. WAS NOT CONCIDERD, OR LOST ECT.

PETERPAN BUS CO. AND PARTNERS BUS CO. I WAS NOT GIVEN A INTERVEIW TO EVEN GET THE JOB. "I WAS BAD MOUTH BY SOMEONE" BUT WORST MY NAME SEEMS TO BE BLACK LISTED. I HAVE LOST JOBS FROM M.B.T.A. PUBL REVERE, ACTION TRANSPORATION MASS. BAY LIMO, CAVALEIR COACH-BUS COMPONY; , BECAUSE OF SET UPS SLANDERING OF MY NAME ECT.

WHY AM I ON PROBATION?

I HAVE A FAMILY AND MYSELF TO TAKE CARE OF. I WAS BORN IN THIS COUNTRY. I AM ASKING FOR THE CHANCE TO GET AND KEEP A GOOD JOB.

JOE REID

2-24-06

I Joseph Reid is asking for a Hearing = Informal Hearing. Concerning my new Rent.
Date Got Letter 2-21-06

My Job is in Braintree for the Gas I put in my car alone is $60.00 a week which is $250.00 a month. I do not have decent pair of Glasses. My Port Show. is broken. Which both of them together could be $660.00.

As a result of the Judicial System stopping me from working for the last year and 3 months in which I did not have any income. I and my family have a concidreal amount of Debt.

Roberta Supervisor Everett Housing

28

Mr Joseph Reid



# Trial Court of the Commonwealth
# District Court Department

Administrative Office
Two Center Plaza (Suite 200)
Boston, MA 02108-1906

Telephone
617/788-8810

FAX
617/788-8985

TTY
617/788-8809

Lynda M. Connolly
*Chief Justice*

September 28, 2005

Mr. Joseph Reid
7 Scott Place
Everett, MA  02149

Dear Mr. Reid:

    This will further respond to your correspondence regarding your experience in the Malden District Court.

    Having made inquiry I am informed by Regional Administrative Judge Michael J. Brooks that you appeared in the civil department of the Clerk's office in the Malden District Court on August 12, 2005, to file a small claim action for a civil rights violation. At that time you were informed that your claim did not fall within the small claims jurisdiction of the court.

    Three days later, you appeared before Judge Brooks in the first session of the Malden District Court requesting that a criminal complaint issue for civil rights violations. Judge Brooks recalls informing you that the District Court did not have jurisdiction over civil rights violations and that you should proceed to the Superior Court and discuss your concerns with the staff of the Clerk's office in that court. It appeared to Judge Brooks that you understood and accepted this when you left the court.

    The information provided to you is correct. The District Court does not have jurisdiction over claims for civil rights violations. I am sorry that I am unable to assist you. You might wish to consider contacting an attorney for assistance in this connection and for the other matters referenced in your correspondence. The telephone number for the Massachusetts Bar Association lawyer referral service is (617) 338-0500.

Sincerely,

Lynda M. Connolly
Chief Justice of the District Court

CHIEF OF JUSTIS

① THE CLERK OF MALDEN DISTRICT DID NOT LET ME PUT IN MY CASE CONCERNING EVERETT POLICE.

② I PUT IN A SMALL CLAIM AND WAS TOLD. IT WAS NOT IN THE RIGHT JURISDICION. WHICH IT WAS.

③ I WAS TOLD I COULD NOT PUT IN A CIVIL CASE BY A JUDGE ON 8-15-05 AT MALDEN DISTRICT COURT

④ OUR HOT WATER WAS TURNED OFF WHEN WE FIRST MOVED INTO 7 SCOTT PL. WE MOVE IN JAN. 1. 03 TWO TO THREE WEEKS LATER OUR HOT WATER WAS TURN OFF WE HAD NO HOT WATER FOR A MOUTH OR SO. THIS SMALL CLAIM WAS TRORN OUT.

MR Joseph Reid

CHIEF JUSTIS LYNDA CONNOLLY
2 CENTER PLAZA    SUITE 200
BOS. MA 02108
CONNOLLY