Amendment to Case # 05-11759

## CIVIL RIGHTS COMPLAINT

DISTRICT COURT

| PLAINTIFF | DEFENDANT AIR SERV. |
|---|---|
| MR. JOSEPH REID | EDWIN SMITH & PATRICK SMALLS |
| 7 SCOTT PL | ① ASSEMBLY SQ, |
| EVERETT, MA 02149 | SOMERVILLE, MA. |
| | AND MARGINAL ST. |
| | ② CHELSEA, MA  PARKING LOT |
| | PLACE OF EMPLOYMENT. |

PLAINTIFF CLAIM -DATES + MAIN EVENTS
WAS NOT HIRED BACK WHEN AIR SERV. TOOK
OVER NEW CONTRACK. DATE AROUND 9-1-04.
NO APPARENT REASON, POSITBLE SET UP. LIES, LOST OF
APP. WHILE OTHERS WERE HIRED BACK.
MALDEN DISTRICT COURT FOR SOME REASON HAS LOST
OR NOT GIVEN CASE NUMBER TO MY SMALL CLAIMS.
COMPLAINT AND NO ONE WAS AT FINAL HEARING.


THERE IS A PATURN OF JOBS AND FINACIAL ATTACKS.

SUEING FOR MENTAL CRUELTY AND STRESS AND MY
FINACIAL LOST.
PLEASE STOP RETALIATION.
WE ARE ASKING FOR A WAVIER AT THIS TIME.
FROM THIS

MR. Joseph Reid

U.S. DISTRICT

I Joseph REID was HERE on 4-11-06
Forgot my I.D.

617-748-4030

PLEASE I AND MY FAMILY
IS SEEING RETALIATION FROM
STATE POLICE Ect. IT COULD
BE FROM HERE U.S. DISTRICT COURT
OR DISTRICTS COURTS OR Ect.

MR. JOSEPH REID

ORIGINAL CASE # 05-11759

## CIVIL RIGHTS COMPLAINT

FILED IN CLERKS OFFICE

DISTRICT COURT

2006 APR 11 P 12:01

U.S. DISTRICT COURT
DISTRICT OF MASS

| PLAINTIFF | DEFENDANT |
|---|---|
| MR. JOSEPH REID | PAUL REVERE TRANSPORTATION |
| 7 SCOTT PL | 100 EASTERN AVE |
| EVERETT, MA 02149 | CHILSEA MA |

PLAINTIFF CLAIM DATES + MAIN EVENTS

I WAS HIRED AT PAUL REVERE AS A BUS DRIVER ON 5-23-05 PENDING THE RESULTS OF A BACKROUND CHECK. AT THAT TIME I HAD A OPEN CASE CONCERNING EVERETT POLICE AND A CORY THAT SHOULD OF BEEN SEALED. BUT NOW MY CORY HAS BEEN SEALED. AND THE OPEN CASE HAS BEEN DISMISSED. AND I HAVE STILL NOT BEEN HIRED AT PAUL REVERE I WOULD LIKE MY JOB AND ALL I HAVE LOST AS A RESULT OF NOT BEING ABLE TO WORK. JOSEPH REID    3-8-06

SUEING FOR MENTAL CRUELTY AND STRESS

PLEASE STOP RETALIATION.
WE ARE ASKING FOR A WAIVER AT THIS TIME.
FROM THIS

MR. Joseph Reid

AMENDMENT CASE # 05-11759

## CIVIL RIGHTS COMPLAINT

U.S. DISTRICT COURT      AMENDMENT

| PLAINTIFF | DEFENDANT |
|---|---|
| MR. JOSEPH REID | PAUL REVERE TRANS. |
| 7 SCOTT PL | 100 EASTERN AVE. |
| EVERETT, MA 02149 | CHILSEA, MA. |

FILED IN CLERKS OFFICE
2006 APR 2X P 2:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

PLAINTIFF CLAIM DATES + MAIN EVENTS

I WAS HIRED FOR PAUL REVERE ON MAY 23, 05 PENDING A BACKGROUND CHECK. WHICH AT THAT TIME I HAD AN OPEN CASE CONCERNING EVERETT POLICE WHICH WAS DISMISSED ON 9-7-05. AND OTHER CASES WERE FINALLY SEALED WITH ONLY DISMISSED CASES ON CORY. I AM TRYING TO GET MY JOB BACK AT PAUL REVERE. AT THIS TIME DATE 3-21-06

U.S. DISTRICT COURT
1-617-748-9182

SUEING FOR MENTAL CRUELTY AND STRESS AND MY FINECIAL LOST.
PLEASE STOP RETALIATION.
WE ARE ASKING FOR A WAIVER AT THIS TIME FROM THIS

MR. Joseph Reid