CASE # 05-11759

EARLIER NC. INFO
92 VOLVO 12-20-07

I JOSEPH REID IS ASKING FOR CASE TO BE REOPEN AGAIN BECAUSE WE WERE NEVER HERD AND WE ARE STILL BEING ATTACKED CONCERNING THE COMMONWEALTH ECT. MR JOSEPH REID 2-21-08

MR. MC GRAW WHO EVER OR WHAT EVER ORGANIZATION HE IS INVOLVED WITH HAS NOT CLOSE THE CASE CONCERNING MY 92 VOLVO. BEING STODEN IS A SET UP TO FOLLOW OR TRACK US FOR NO REASON. BUT TO SET US UP. WHICH HAS HAPPEN MANY TIMES HERE IN MASS. FBI IRS DOR POLICE ATTY. GEN OFFIC D.S.S. ECT GOV. PLAN. OR AGENDA. EVEN THOUGH THE 92 VOLVO WAS RECOVERED.

600 WASHINGTON STREET
BOSTON, MA 02111

RETURN SERVICE REQUESTED

06-550-40-000
REID JOSEPH
7 SCOTT PL
EVERETT, MA 02149

Joseph Reid
2-21-08

MALDEN DISTRICT COURT / HAS MULTIPLE COURTS
MASS GEN. HOS.
JOSEPH REID
CASE # 05-11759

WITH THIS HARASSMENT AND BEING TURNED AWAY FROM APPOINTMENTS. MAINLY THE BY PASS TEST FOR PROSTATE CANCER. MANY TIMES. OVER THE LAST FIVE YEARS.
I NOW HAVE PROSTATE CANCER. AS A RESULT.

UPDATE 2-21-08

IT IS VERY IMPORTANT THAT THIS COURT KNOW THAT NOTHING HAS CHANGE FOR ME OR MY FAMILY. NO JUSTICE HAS NOT BEEN SERVE. AND NOW I HAVE CANCER BECAUSE THIS COURT HAS SAT ON THIS CASE. WHILE MY RIGHTS WERE BEING VIOLATED OVER + OVER FROM AND BEYOND THE DAY I PUT IN THIS CASE.

MASS GEN HOS HAS PUT IN A FOUSE CHARGE ON ME BECAUSE I WAS AND STILL AM TRYING TO GET A JOB TO TAKE CARE OF MY FAMILY PLEASE RE OPEN THIS CASE 05-11759 AND MOVE TO RESALUTION AND A FINAL END.